## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:            Jessica  Witt                          Docket #:        1:01CR00040

Address:        329 North 10th Street , Hamilton, OH    Judge:          The Honorable Sandra S.

                45011                                                    Beckwith

You have been ordered by the United States District Court to pay a special assessment of $_____

____, restitution of $ 27, 400 , and/or a fine of $_____, as a condition of your supervision

(probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of

$ 35 , commencing 03/01/05 . This is based on the following analysis of your ability to pay:

Ms. Witt is unable to pay more than $35 a month towards her restitution balance.

David J. Bachman                                    1-27 - 05

U. S. Probation Officer                             Date

**Order of the Court:** The Court orders minimum monthly payments of $ 35 to commence on

3/1/05 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____                             1/28/05

Signature of Judicial Officer                       Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
U. S. Courthouse, Room 260
85 Marconi Boulevard
Columbus, Ohio 42315

Note: Your restitution/fine bears or does not bear (strike one) interest.  There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision.I agree to make payments as outlined above.  I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties.  If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____                             _____
Defendant                                           Date

_____                             _____
U.S. Probation Officer                              Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU