PROB 12A
(12/98)

FILED

# United States District Court

for

2008 JAN 15 AM 8: 19

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Jessica Witt**                                                    Case Number: **1:01CR00040**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **November 15, 2001**

Original Offense: **Conspiracy to Commit Armed Bank Robbery**

Original Sentence: **41 month(s) prison,  36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**         Date Supervision Commenced: **January 20, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | The offender has an outstanding restitution balance of $22,794.61. She has paid at a rate of $50.00 per month. To date, she has been unable to pay the restitution balance in full. |

The offender was sentenced to imprisonment for a period of Forty-one (41) months, followed by three (3) years supervised release upon her release from incarceration. Additional conditions imposed in the case were as follows: 1) The defendant obey all federal, state, and local laws; 2) The defendant shall not own a firearm or other dangerous weapon; 3) The defendant shall not possess or use an unlawful controlled substance; 4) The defendant shall pay any unpaid balance of the restitution order; 4) The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter; 6) The defendant shall not open any new lines of credit until the restitution order is satisfied in full; and 7) The defendant shall complete the National Corrective Training Institute program at her own expense.

To date, the offender has complied with supervision and completed all ordered additional conditions with the exception of her restitution obligation. The offender was ordered to pay restitution in the amount of $27,400 (jointly and severally) with the co-defendants in this case.

To date, the offender has followed her payment schedule as ordered, however, there remains an outstanding balance of $22,794.61, which also includes interest that has accrued in the case. The offender has paid a total of $1,455.00 toward the outstanding balance. The offender has paid at a rate of $50 per month, and in addition has entered into a consent judgement with the financial litigation unit.

PROB 12A
(12/98)
2

The offender has maintained stable residence and employment. She has not had any incidents of noncompliance, nor has there been any contact with law enforcement during her term of supervision. Based on her agreement to continue her financial obligations of restitution, it is recommended that her case be allowed to close with a balance owing. A copy of the signed consent agreement is attached for the Court's file.

U.S. Probation Officer Action: **Allow the offender's case to terminate on January 19, 2008, with a balance owing, provided the offender continues to comply with the signed consent agreement with the Financial Litigation Unit.**

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *Michelle Merrett* | by *John Cole* |
|  | Michelle Merrett | John Cole |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date: **January 8, 2008** | Date: **January 8, 2008** |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

1/14/08
Date